UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LARRY POLIZZI** | CIVIL ACTION NO. _____ |
| **VERSUS** | |
| **SALESIANS OF DON BOSCO (a/k/a SALESIANS OF DON BOSCO, CANADA AND EASTERN USA) (a/k/a SALESIANS OF DON BOSCO, PROVINCE OF ST. PHILIP THE APOSTLE) (d/b/a SALESIAN SOCIETY, INC.); SCHOOL SISTERS OF NOTRE DAME CENTRAL PACIFIC PROVINCE, INC. (f/k/a SCHOOL SISTERS OF NOTRE DAME OF THE SOUTH CENTRAL PROVINCE); ABC INSURANCE COMPANY & XYZ INSURANCE COMPANY** | JUDGE _____<br><br>MAG. JUDGE _____ |

**DEFENDANT'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, Defendant School Sisters of Notre Dame Central Pacific Province, Inc. (f/k/a School Sisters of Notre Dame of the South Central Province) ("Defendant" and/or "School Sisters"), hereby gives notice of the removal of this civil action from the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, Civil Action No. 716, 692 – Division "27", to the United States District Court

for the Middle District of Louisiana. As grounds for this removal, Defendant states as follows:

1.

Defendant asserts diversity jurisdiction under 29 U.S.C. § 1332(a) as the basis for the United States District Court's original jurisdiction over this action:

(a) The Plaintiff, Larry Polizzi ("Plaintiff" and/or "Polizzi"), is and was, at all material times, allegedly a resident and citizen of the state of Louisiana;

(b) Defendant, School Sisters of Notre Dame Central Pacific Province, Inc., is incorporated under the laws of the State of Missouri, having its principal place of business in St. Louis, Missouri;

(c) Defendant, Salesians of Don Bosco ("Salesians"), is allegedly a non-Louisiana citizen and, on information and belief, has yet to be properly joined in this action;

(d) Defendant, ABC Insurance Company ("ABC Insurance"), is a fictitious entity with no residence and no citizenship;

(e) Defendant, XYZ Insurance Company ("XYZ Insurance"), is a fictitious entity with no residence and no citizenship; and

(f) There are no other real parties in interest in this litigation.

2.

This personal injury suit arises out of allegations of abuse occurring at the Salesians' Hope Haven facility in Marrero, Louisiana in or around the year 1976 beginning when Plaintiff was fourteen (14) years of age. Plaintiff commenced this civil action on or about March 10, 2022, by fax filing a *Petition for Damages* in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, Civil

Action No. 716, 692 – Division "27", (the "Petition") against Defendants. A copy of the *Petition* is attached as Exhibit "A." No other pleadings or documents were found in the State Court record. This Notice of Removal has been filed within thirty (30) days after the first receipt by Defendant, by service or otherwise, of the initial pleading in Civil Action No. 716, 692 – Division "27."

3.

The Petition asserts that Plaintiff is and was domiciled in Louisiana at all material times. Therefore, Defendant asserts that Plaintiff is a citizen of the State of Louisiana.

4.

Defendant Sisters of Notre Dame are considered to be a citizens of the State of Missouri because this organization is incorporated under the laws of the State of Missouri and its principal place of business is in St. Louis, Missouri.

5.

Defendant Salesians are alleged to be a foreign corporation and, on information and belief, have yet to be properly served and joined to this litigation.

6.

The citizenship of the fictitious parties, ABC and XYZ Insurance, are disregarded for the purpose of determining complete diversity. 28 U.S.C. § 1441(b)(1); *Studley v. Head,* 2016 WL 6304508, *1, fn. 1 (M.D. La. October, 3, 2016). Further, the citizenship of ABC and XYZ Insurance are disregarded because those entities have not been served

and joined to this litigation. Consent for removal of this matter to federal court from fictitious entities are not required or even possible.

7.

The Fifth Circuit has established a clear analytical framework for resolving disputes concerning the amount in controversy for actions removed from Louisiana state courts. *See, e.g., Gebbia v. Wal-Mart Stores, Inc.,* 233 F.3d 880, 883 (5th Cir. 2000). The moving defendant must prove by a preponderance of the evidence that the amount in controversy exceeds $75,000, either by demonstrating that it is "facially apparent" that the claims are likely to exceed $75,000, or by setting forth facts in controversy that support finding the requisite amount. *See Id.; Luckett v. Delta Airlines, Inc.,* 171 F.3d 295, 298 (5th Cir. 1999).

8.

For purposes of § 1332(a), it is "facially apparent" that the alleged amount in controversy exceeds $75,000. In particular, Plaintiff's alleged personal injuries include allegations of physical and sexual abuse of a minor for which both compensatory and punitive damages are sought.

9.

Because this matter involves complete diversity of citizenship between Plaintiff and Defendants, excluding the improperly joined and fictitious Defendants, ABC Insurance and XYZ Insurance, and because the requisite amount in controversy is present, this civil action may be removed to this Court pursuant to 28 U.S.C. § 1441.

10.

Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is properly being filed with the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, Civil Action No. 716, 692 – Division "27", and served on counsel for Plaintiff.

11.

By filing this Notice of Removal, Defendant does not waive its rights to object to service of process, sufficiency of process, personal jurisdiction, venue, or to assert any other applicable defenses.

**WHEREFORE,** Defendant School Sisters of Notre Dame provides notice that the above captioned action pending against it in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, Civil Action No. 716, 692 – Division "27", has been removed to this Court for further proceedings.

Respectfully submitted this 6th day of April, 2022.

> */S/ BRIAN M. LECOMPTE*
> BRIAN M. LeCOMPTE (26967)
> FARREN L. DAVIS (38714)
> ***McGlinchey Stafford***
> 601 Poydras Street – 12th Floor
> New Orleans, Louisiana 70130
> Telephone: (504) 586-1200
> Facsimile: (504) 596-2800
> blecompte@mcglinchey.com
> fdavis@mcglinchey.com
> ***COUNSEL FOR DEFENDANT,***
>   ***SCHOOL SISTERS OF NOTRE DAME***
>   ***CENTRAL PACIFIC PROVINCE, INC.***

## **CERTIFICATE OF SERVICE**

I certify that on April, 6, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System which will send notification of such filing to all counsel of record.

> */s/ Brian M. LeCompte*
> BRIAN M. LeCOMPTE (26967)